```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 21295
   CYNTHIA A RYAN
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-9689

-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/26/05 and confirmed on 08/04/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  19640.56 .

     4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
GMAC PAYMENT CENTER      SECURED            3770.00         302.05       3770.00
RESURGENT CAPITAL SERVIC UNSECURED          33297.29           .00       8766.26
RESURGENT CAPITAL SERVIC UNSECURED           2875.92           .00        757.15
ECAST SETTLEMENT CORPORA UNSECURED           7413.94           .00       1951.89
JAMES M PHILBRICK        ADMINISTRATIV        400.00           .00        400.00
         Summary of disbursements:
-------------------------------------------------------------------------------
                     SECURED    PRIORITY   UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   3770.00      400.00    43587.15         .00      47757.15
PRINCIPAL PAID       3770.00      400.00    11475.30         .00      15645.30
INTEREST PAID         302.05         .00         .00         .00        302.05
TOTAL PAID           4072.05      400.00    11475.30         .00      15947.35
The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $     852.65 .

Refunds to the Debtor totaled $     140.56 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 12/12/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                        PAGE   2
CASE NO. 05 B 21295 CYNTHIA A RYAN
```